James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BAILEY TOOL & MANUFACTURING CO. | § | CASE NO. 16-30503-BJH-7 |
| | § | |
| DEBTOR | § | |

## TRUSTEE INTERIM REPORT

The U.S. Trustee relayed by email a request from the Court that an interim status report be filed in the above case. Now comes James W. Cunningham, chapter 7 trustee for the above estate, and files this interim status report.

RESPECTFULLY SUBMITTED,

  /s/ James W. Cunningham
Chapter 7 Bankruptcy Trustee

TRUSTEE INTERIM REPORT

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 16-30503 | SGJ | Judge: Stacey G. Jernigan | Trustee Name: | James W. Cunningham, Trustee |
| Case Name: | BAILEY TOOL & MANUFACTURING COMPANY | | | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | | | 341(a) Meeting Date: | 03/07/17 |
| For Period Ending: | 06/30/22 | | | Claims Bar Date: | 06/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account | 11,172.08 | 1,417.86 | | 1,417.86 | FA |
| 2. Prepaid Insurance | 7,755.32 | 0.00 | | 0.00 | FA |
|   - See # 17 - sold per 4/28/17 Order | | | | | |
| 3. Accounts Receivable | 448,926.33 | 94,983.98 | | 94,983.98 | FA |
|   - Partial turnover from RBC per 6/26/20 Order | | | | | |
|   - Valuation subject to recovery in Adversary 16-3025 v Rep Bus Credit.  See item 14. | | | | | |
| 4. Inventory | 619,243.12 | 0.00 | | 0.00 | FA |
|   - See # 17 - sold per 4/28/17 Order | | | | | |
| 5. Office Furniture & Equipment | 18,500.00 | 0.00 | | 0.00 | FA |
|   - See # 17 - sold per 4/28/17 Order | | | | | |
| 6. Chev 2500 PU | 29,000.00 | 0.00 | | 0.00 | FA |
|   - Ally Bank has lien | | | | | |
|   - See # 17 - sold per 4/28/17 Order | | | | | |
| 7. Machinery & Equipment | 3,853,150.00 | 0.00 | | 0.00 | FA |
|   - See # 17 - sold per 4/28/17 Order | | | | | |
| 8. 904-906 Mercury Avenue | 828,307.81 | 430,000.00 | | 430,000.00 | FA |
|   - Sold per 3/8/17 Order | | | | | |
| 9. Other Intangibles / Intellectual Property | Unknown | 0.00 | | 0.00 | FA |
|   - See # 17 - sold per 4/28/17 Order | | | | | |
| 10. Employee Loans | 2,427.52 | 0.00 | | 0.00 | FA |
|   - No net value | | | | | |
| 11. R&D Tax Credits 2012-2014 | 425,000.00 | 0.00 | | 0.00 | FA |
|   - Used on tax returns | | | | | |
| 12. Insurance Policies | Unknown | 0.00 | | 0.00 | FA |
|   - See # 17 - sold per 4/28/17 Order | | | | | |
| 13. Claims Against Former CFOs | 0.00 | 0.00 | | 0.00 | FA |
|   - Determined no cause of action | | | | | |
| 14. Claims Against Republic Business Cr | Unknown | 5,000,000.00 | | 5,000,000.00 | FA |
|   - Adversary 16-3025.  Judgment entered 12/23/2021 in favor of three debtors, Bailey Tool, Cafarelli Metals and Hunt Hinges for $16.9M + attorney fees + interest on 12/23/2021 | | | | | |
|   - Settled per 2/23/2022 Orders. $5M total allocated as | | | | | |
|     $ 4,315,115.72 to BTM estate | | | | | |
|     $   109,839.07 to CM estate | | | | | |
|     $   575,045.21 to HH estate | | | | | |
|   Trustee calculation based on allocation, not on total | | | | | |
| 15. Money Held by Republic Bus Cr | 450,000.00 | 0.00 | | 0.00 | FA |
|   - Adversary 16-3025.  Judgment entered 12/23/2021 in favor of three debtors, Bailey Tool, Cafarelli Metals and Hunt Hinges for $16.9M + attorney fees + interest on 12/23/2021 | | | | | |
|   - Settled per 2/23/2022 Order.  See above #15 | | | | | |
| 16. Refunds (u) | 0.00 | 4,918.79 | | 6,825.79 | FA |
| 17. Sale of All Personal Property | 0.00 | 847,455.14 | | 847,455.14 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 16-30503 SGJ Judge: Stacey G. Jernigan | Trustee Name: | James W. Cunningham, Trustee |
| --- | --- | --- | --- |
| Case Name: | BAILEY TOOL & MANUFACTURING COMPANY | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | 341(a) Meeting Date: | 03/07/17 |
| | | Claims Bar Date: | 06/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Sold per 4/28/2017 Court Order #423 | | | | | |
| TCF Equip Sale per 7/24/2017 Order #443 | | | | | |

|  |  |  |  |  | Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $6,693,482.18 | $6,378,775.77 | | $6,380,682.77 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Debtor did not file Chapter 7 Conversion Schedules per Local Rule 1019
  upon conversion to chapter 7

- Related cases:

  Cafarelli Metals, Inc.  Case #16-30507-sgj7
  Hunt Hinges, Inc.  Case #16-30504-sgj7
  Bailey Shelter, LP  Case #16-30509-mvl7  (closed)

- Adversary #16-3025  Estate v Rep Bus Credit.
  Settled per 2/23/22 Order #631.
  Settlement order appealed by John Buttles at
  District Court Case 3:22-CV-00644-K.


- Final fee apps being prepared

- Final tax return being prepared

Initial Projected Date of Final Report (TFR): 01/26/19     Current Projected Date of Final Report (TFR): 11/14/22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-30503 -SGJ | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | BAILEY TOOL & MANUFACTURING COMPANY | | Bank Name: | First National Bank - Vinita |
| | | | Account Number / CD #: | *******1781  General Checking Account |
| Taxpayer ID No: | *******9873 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 1,300,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/17 | 1 | Regions Bk #5503411807 | DIP Acct Turnover | 1129-000 | 1,417.86 | | 1,417.86 |
| 03/10/17 | 3 | Wire Transfer - Sterling Com Credit | AR - Excessive Collections | 1121-000 | 6,614.77 | | 8,032.63 |
| 03/17/17 | 16 | City of Lancaster #1008 | False Alarm Reduction Program Refun | 1290-000 | 100.00 | | 8,132.63 |
| 03/18/17 | 001001 | Paycom | Payroll Services per L.B.R. 2015-1 | 2990-000 | | 184.00 | 7,948.63 |
| | | c/o Jamie Besabe | Fed 941/StateTax Prep and Filing - Q1 2017 | | | | |
| | | 7501 W. Memorial Rd | | | | | |
| | | Oklahoma City, OK 73142 | | | | | |
| 03/20/17 | 3 | Wire Transfer - Sterling Com Credit | AR - Excessive Collections | 1121-000 | 3,906.00 | | 11,854.63 |
| 03/29/17 | | Allegiance Title Co #216347 | Mercury Sale per 3/8/17 Order | | 24,562.28 | | 36,416.91 |
| | 8 | ALLEGIANCE TITLE CO #216347 | Memo Amount:        430,000.00 | 1110-000 | | | |
| | | | Mercury Sale per 3/8/17 Order | | | | |
| | | COMERICA | Memo Amount:    (   300,000.00 ) | 4210-000 | | | |
| | | | Comerica Lien Pymnt | | | | |
| | | CITY OF DUNCANVILLE | Memo Amount:    (        720.00 ) | 2420-000 | | | |
| | | | Water Bill Reimbursement | | | | |
| | | DALLAS COUNTY | Memo Amount:    (     3,803.69 ) | 4220-000 | | | |
| | | | 2017 Dallas County Taxes | | | | |
| | | DALLAS COUNTY | Memo Amount:    (    66,817.47 ) | 4800-000 | | | |
| | | | Prior Yr Dallas County Taxes | | | | |
| | | CITY OF DUNCANVILLE | Memo Amount:    (        427.04 ) | 4700-000 | | | |
| | | | Maintenance Liens | | | | |
| | | TEXAS WORKFORCE COMMISSION | Memo Amount:    (     3,257.27 ) | 5800-000 | | | |
| | | | TWC Lien | | | | |
| | | SURVEY | Memo Amount:    (        974.25 ) | 2500-000 | | | |
| | | | Survey Reimbursement | | | | |
| | | ASHLEY D. ADAMS, PLLC | Memo Amount:    (        800.00 ) | 2500-000 | | | |
| | | | Closing Fee & Atty Fee | | | | |
| | | ALLEGIANCE TITLE CO | Memo Amount:    (        135.00 ) | 2500-000 | | | |
| | | | Tax Cert / Courier / Recording Fees | | | | |
| | | ALLEGIANCE TITLE CO | Memo Amount:    (     2,703.00 ) | 2500-000 | | | |
| | | | Title Insurance | | | | |
| | | WESTERN STATES / MOTE & ASSOC. | Memo Amount:    (    25,800.00 ) | 3510-000 | | | |
| | | | RE Commisasions | | | | |
| 04/24/17 | 001002 | Lancaster FARP | Fire Alarm Pymt - Acct 115036 | 2420-000 | | 125.00 | 36,291.91 |
| | | PO Box 206646 | Pymnt per L.B.R. 2015-1 | | | | |
| | | Dallas, TX  75320-6646 | | | | | |
| 05/15/17 | 001003 | City of Lancaster | Acct 033-0050000-003 | 2420-000 | | 200.00 | 36,091.91 |
| | | PO Box 650427 | Pymnt per L.B.R. 2015-1 | | | | |
| | | Dallas, TX  75265-0427 | | | | | |
| 05/18/17 | 17 | Wire Transfer - DMS | Equipment Sale per 4/28/17 Order | 1129-000 | 839,955.14 | | 876,047.05 |
| 05/18/17 | 001004 | Dallas County | Equipment Sale per 4/28/17 Order | 4800-000 | | 418,909.97 | 457,137.08 |
| | | c/o Beth Weller | $265,774.59  -  99200334600423200 | | | | |
| | | Linebarger Goggan Blair & Sampson, LLP | $142,337.21  -  99932280000042100 | | | | |
| | | 2777 N. Stemmons Freeway, Suite 1000 | $10,795.17  -  99200334600423200.1 | | | | |
| | | Dallas, TX 75207 | | | | | |
| 05/22/17 | 001005 | Comerica Bank | Equipment Sale per 4/28/17 Order | 4210-000 | | 320,000.00 | 137,137.08 |
| | | | OBJECT - Balance Incorrect | | | | |
| 06/12/17 | | Transfer to Acct #*******1803 | Transfer Fees to General Acct | 9999-000 | | 600.49 | 136,536.59 |

PFORM2T4

Ver: 22.06b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-30503 -SGJ | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | BAILEY TOOL & MANUFACTURING COMPANY | | Bank Name: | First National Bank - Vinita |
| | | | Account Number / CD #: | *******1781 General Checking Account |
| Taxpayer ID No: | *******9873 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 1,300,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/13/17 | | Transfer to Acct #*******1803 | Transfer Fee to General Acct | 9999-000 | | 184.39 | 136,352.20 |
| 08/08/17 | 3 | DMS South Bailey Tool LLC #1028 | AR Collection Turnover - ZF Mexico | 1121-000 | 1,461.63 | | 137,813.83 |
| 08/08/17 | 3 | DMS SOUTH BAILEY TOOL LLC #1025 | AR Collection Turnover - ZF Mexico | 1121-000 | 880.00 | | 138,693.83 |
| 08/08/17 | | Transfer to Acct #*******1803 | Transfer Fee to General Acct | 9999-000 | | 178.97 | 138,514.86 |
| 08/09/17 | 16 | US Treasury 403603775150 | Refund - 12/2016 F-940 | 1290-000 | 2.13 | | 138,516.99 |
| 08/09/17 | 16 | Employer Plan Svcs Inc #1529 | RX Rebates | 1290-000 | 0.60 | | 138,517.59 |
| 09/04/17 | 17 | DMS South Bailey #1050 | TCF Equip Sale per 7/24 Order | 1129-000 | 7,500.00 | | 146,017.59 |
| 09/11/17 | | Transfer to Acct #*******1803 | Transfer Fee to General Acct | 9999-000 | | 180.61 | 145,836.98 |
| * 10/03/17 | 001006 | PayCom c/o Jamie Besabe 7501 W. Memorial Rd Oklahoma City, OK 73142 | Tax Prep and Filing Texas SUTA 2017 Services per L.B.R. 2015-1 | 2990-004 | | 143.02 | 145,693.96 |
| * 10/03/17 | 001007 | PayCom c/o Jamie Besabe 7501 W. Memorial Rd Oklahoma City, OK 73142 | 2017 W-2/W-3 Billing & Delivery Services per L.B.R. 2015-1 | 2990-004 | | 178.10 | 145,515.86 |
| 10/09/17 | | Transfer from Acct #*******1803 | Transfer Fee to General Acct | 9999-000 | 181.91 | | 145,697.77 |
| 10/09/17 | | Transfer to Acct #*******1803 | Transfer Fee to General Acct | 9999-000 | | 363.82 | 145,333.95 |
| * 07/03/18 | 001006 | PayCom c/o Jamie Besabe 7501 W. Memorial Rd Oklahoma City, OK 73142 | Stop Payment Reversal STOP PAY SUCCESSFUL | 2990-004 | | -143.02 | 145,476.97 |
| * 07/03/18 | 001007 | PayCom c/o Jamie Besabe 7501 W. Memorial Rd Oklahoma City, OK 73142 | Stop Payment Reversal STOP PAY SUCCESSFUL | 2990-004 | | -178.10 | 145,655.07 |
| 10/30/18 | 16 | Independence Title #147791 | Option Fee re 904 Mercury | 1290-000 | 100.00 | | 145,755.07 |
| 12/04/18 | | Transfer to Acct #*******0046 | Bank Funds Transfer | 9999-000 | | 145,755.07 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Receipts: | 430,000.00 | Account *******1781 | Balance Forward | 0.00 | 9 Checks | 739,418.97 |
| Memo Disbursements: | 405,437.72 | | 12 Deposits | 886,500.41 | 0 Adjustments Out | 0.00 |
| | | | 0 Interest Postings | 0.00 | 6 Transfers Out | 147,263.35 |
| Memo Allocation Net: | 24,562.28 | | Subtotal | $ 886,500.41 | Total | $ 886,682.32 |
| | | | 0 Adjustments In | 0.00 | | |
| | | | 1 Transfers In | 181.91 | | |
| | | | Total | $ 886,682.32 | | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-30503 -SGJ | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | BAILEY TOOL & MANUFACTURING COMPANY | | Bank Name: | First National Bank - Vinita |
| | | | Account Number / CD #: | *******1803 Ck - Adv 16-3025 - Trellberg |
| Taxpayer ID No: | *******9873 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 1,300,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/17 | 3 | Franklin Skierski et al #2830 | Adv 16-3025 - Trelleborg AR | 1121-000 | 32,174.44 | | 32,174.44 |
| 03/07/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 32,164.44 |
| 04/10/17 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 44.76 | 32,119.68 |
| 05/08/17 | | FIRST NATIONAL BANK - VINITA | Bank Service Fee | 2600-000 | | 70.42 | 32,049.26 |
| 06/07/17 | | FIRST NATIONAL BANK - VINITA | Bank Service Fee | 2600-000 | | 475.28 | 31,573.98 |
| 06/12/17 | | Transfer from Acct #*******1781 | Transfer Fees to General Acct | 9999-000 | 600.49 | | 32,174.47 |
| 07/10/17 | | FIRST NATIONAL BANK - VINITA | Bank Service Fee | 2600-000 | | 184.39 | 31,990.08 |
| 07/13/17 | | Transfer from Acct #*******1781 | Transfer Fee to General Acct | 9999-000 | 184.39 | | 32,174.47 |
| 08/08/17 | | Transfer from Acct #*******1781 | Transfer Fee to General Acct | 9999-000 | 178.97 | | 32,353.44 |
| 08/08/17 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 178.97 | 32,174.47 |
| 09/08/17 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 180.61 | 31,993.86 |
| 09/11/17 | | Transfer from Acct #*******1781 | Transfer Fee to General Acct | 9999-000 | 180.61 | | 32,174.47 |
| 10/09/17 | | Transfer from Acct #*******1781 | Transfer Fee to General Acct | 9999-000 | 363.82 | | 32,538.29 |
| 10/09/17 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 181.91 | 32,356.38 |
| 10/09/17 | | Transfer to Acct #*******1781 | Transfer Fee to General Acct | 9999-000 | | 181.91 | 32,174.47 |
| 11/07/17 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 188.82 | 31,985.65 |
| 12/07/17 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 182.55 | 31,803.10 |
| 01/09/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 188.43 | 31,614.67 |
| 02/07/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 188.24 | 31,426.43 |
| 03/08/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 169.84 | 31,256.59 |
| 04/09/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 187.85 | 31,068.74 |
| 05/08/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 181.62 | 30,887.12 |
| 06/08/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 187.46 | 30,699.66 |
| 07/12/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 181.23 | 30,518.43 |
| 08/07/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 187.08 | 30,331.35 |
| 09/10/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 186.87 | 30,144.48 |
| 10/09/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 180.68 | 29,963.80 |
| 11/09/18 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 186.48 | 29,777.32 |
| 12/04/18 | | Transfer to Acct #*******0194 | Bank Funds Transfer | 9999-000 | | 29,777.32 | 0.00 |

| | | Account *******1803 | Balance Forward | 0.00 | | 0 Checks | 0.00 |
|---|---|---|---|---|---|---|---|
| Memo Receipts: | 0.00 | | 1 Deposits | 32,174.44 | | 21 Adjustments Out | 3,723.49 |
| Memo Disbursements: | 0.00 | | 0 Interest Postings | 0.00 | | 2 Transfers Out | 29,959.23 |
| Memo Allocation Net: | 0.00 | | Subtotal | $ 32,174.44 | | Total | $ 33,682.72 |
| | | | 0 Adjustments In | 0.00 | | | |
| | | | 5 Transfers In | 1,508.28 | | | |
| | | | Total | $ 33,682.72 | | | |

FORM 2
Page: 4
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-30503 -SGJ | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | BAILEY TOOL & MANUFACTURING COMPANY | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0046 Checking Account |
| Taxpayer ID No: | *******9873 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 1,300,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/18 | | Transfer from Acct #*******1781 | Bank Funds Transfer | 9999-000 | 145,755.07 | | 145,755.07 |
| 12/20/18 | 003001 | Sherman & Yaquinto, LLP c/o Daniel J. Sherman 509 N. Montclair Avenue Dallas, TX 75208 | Atty fees per 12/19/18 Order | 3210-000 | | 47,951.77 | 97,803.30 |
| 05/21/19 | 16 | Green Mt Energy Co #10314 | Elect Deposit Refund | 1290-000 | 2,861.34 | | 100,664.64 |
| 08/06/19 | 16 | Computershare/KCC # 1491 | Marlin Business Refund | 1290-000 | 122.09 | | 100,786.73 |
| 08/26/19 | 16 | Green Mt Energy Co #10475 | Elect Deposit Refund | 1290-000 | 1,732.63 | | 102,519.36 |
| * 06/26/20 | | Republic Bus Credit #15005 | AR Turnover | 1121-003 | 49,947.17 | | 152,466.53 |
| * 06/26/20 | | Republic Bus Credit #15005 | AR Turnover Incorrect amount | 1121-003 | -49,947.17 | | 102,519.36 |
| 06/26/20 | 3 | Republic Bus Credit #15005 | AR Turnover per 6/26/20 Order | 1121-000 | 49,947.14 | | 152,466.50 |
| 06/26/20 | | Transfer from Acct #*******0194 | Bank Funds Transfer | 9999-000 | 29,777.32 | | 182,243.82 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 181.74 | 182,062.08 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 201.03 | 181,861.05 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 194.32 | 181,666.73 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 200.59 | 181,466.14 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 193.90 | 181,272.24 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 200.14 | 181,072.10 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 199.93 | 180,872.17 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 193.26 | 180,678.91 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 199.49 | 180,479.42 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 192.84 | 180,286.58 |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 199.06 | 180,087.52 |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 198.85 | 179,888.67 |
| 02/23/22 | 003002 | CAFAELLI METALS, INC. | Transfer Settlement Funds per 2/23/22 Order #631 | 8500-000 | | 109,839.07 | 70,049.60 |
| 02/24/22 | 14 | Wire Transfer - Husch Blackwell IOLTA | RBC Settlement | 1149-000 | 5,000,000.00 | | 5,070,049.60 |
| 02/25/22 | 003003 | Comerica Bank c/o Phillip Lamberson, Winstead PC 500 Winstead Building 2728 N. Harwood Street Dallas, TX 75201 | Claim Settlement per 2/23/22 Order #631 | 4210-000 | | 970,000.00 | 4,100,049.60 |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 1,046.33 | 4,099,003.27 |
| 03/10/22 | 003004 | George Adams and Co Ins Agcy, LLC 4501 Cartwright Road Suite 402 Missouri City, TX 77459 | Ch. 7 Bond - Inv #7978 | 2300-000 | | 3,825.00 | 4,095,178.27 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 2,208.22 | 4,092,970.05 |
| 04/29/22 | 003005 | PASSMAN & JONES, P.C. c/o Jerry C. Alexander 1201 Elm Street, Suite 2500 Dallas, Texas 75270-2599 | Atty Fee per 4/28/22 Order #676 | 3210-600 | | 909,989.43 | 3,182,980.62 |
| 04/29/22 | 003006 | PASSMAN & JONES, P.C. c/o Jerry C. Alexander 1201 Elm Street, Suite 2500 Dallas, Texas 75270-2599 | Atty Exp per 4/28/22 Order #676 | 3220-610 | | 23,664.88 | 3,159,315.74 |
| 04/29/22 | 003007 | SOMMERMAN, MCCAFFITY, QUESADA & | Atty Fee per 4/28/22 Order #676 | 3210-600 | | 909,989.43 | 2,249,326.31 |

PFORM2T4
Ver: 22.06b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 16-30503 -SGJ | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | BAILEY TOOL & MANUFACTURING COMPANY | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0046 Checking Account |
| Taxpayer ID No: | *******9873 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 1,300,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/22 | 003008 | GEISLER<br>c/o Sean J. McCaffity<br>3811 Turtle Creek Blvd., Suite 1400<br>Dallas, Texas 75219<br>SOMMERMAN, MCCAFFITY, QUESADA & GEISLER<br>c/o Sean J. McCaffity<br>3811 Turtle Creek Blvd., Suite 1400<br>Dallas, Texas 75219 | Atty Exp per 4/28/22 Order #676 | 3220-610 | | 464,504.73 | 1,784,821.58 |
| * 05/02/22 | 003009 | Hunt Hinges, Inc. | Transfer Settlement Funds per 2/23/22 Order #632 | 8500-003 | | 447,747.47 | 1,337,074.11 |
| * 05/02/22 | 003009 | Hunt Hinges, Inc. | Transfer Settlement Funds Void - Incorrect Amount on Check | 8500-003 | | -447,747.47 | 1,784,821.58 |
| 05/02/22 | 003010 | Hunt Hinges, Inc. | Transfer Settlement Funds per 2/23/22 Order #632 | 8500-000 | | 575,045.21 | 1,209,776.37 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 2,136.99 | 1,207,639.38 |
| 05/12/22 | 16 | George Adams & Co Ins #13498 | Refund - Non Compensable | 1290-000 | 1,907.00 | | 1,209,546.38 |
| 06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 1,437.49 | 1,208,108.89 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Receipts: | 0.00 | Account *******0046 | Balance Forward | 0.00 | 11 Checks | 4,014,809.52 |
| Memo Disbursements: | 0.00 | | 8 Deposits | 5,056,570.20 | 16 Adjustments Out | 9,184.18 |
| | | | 0 Interest Postings | 0.00 | 0 Transfers Out | 0.00 |
| Memo Allocation Net: | 0.00 | | Subtotal | $ 5,056,570.20 | Total | $ 4,023,993.70 |
| | | | 0 Adjustments In | 0.00 | | |
| | | | 2 Transfers In | 175,532.39 | | |
| | | | Total | $ 5,232,102.59 | | |

PFORM2T4

Ver: 22.06b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-30503 -SGJ | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | BAILEY TOOL & MANUFACTURING COMPANY | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0194 Ck - Adv 16-3025 - Trellberg |
| Taxpayer ID No: | *******9873 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 1,300,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/18 | | Transfer from Acct #*******1803 | Bank Funds Transfer | 9999-000 | 29,777.32 | | 29,777.32 |
| 06/26/20 | | Transfer to Acct #*******0046 | Bank Funds Transfer | 9999-000 | | 29,777.32 | 0.00 |

| | | | Account ******0194 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 0 Deposits | 0.00 | 0 Checks | 0.00 | |
| Memo Receipts: | 0.00 | | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 | |
| Memo Disbursements: | 0.00 | | | Subtotal | $ 0.00 | 1 Transfers Out | 29,777.32 | |
| | | | | 0 Adjustments In | 0.00 | Total | $ 29,777.32 | |
| Memo Allocation Net: | 0.00 | | | 1 Transfers In | 29,777.32 | | | |
| | | | | Total | $ 29,777.32 | | | |

| Report Totals | | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 21 | Deposits | 5,975,245.05 | 20 Checks | 4,754,228.49 | |
| Total Memo Receipts: | 430,000.00 | 0 | Interest Postings | 0.00 | 37 Adjustments Out | 12,907.67 | |
| Total Memo Disbursements: | 405,437.72 | | Subtotal | $ 5,975,245.05 | 9 Transfers Out | 206,999.90 | |
| | | 0 | Adjustments In | 0.00 | Total | $ 4,974,136.06 | |
| Total Memo Allocation Net: | 24,562.28 | 9 | Transfers In | 206,999.90 | | | |
| | | | Total | $ 6,182,244.95 | Net Total Balance | $ 1,208,108.89 | |